Submitted September 9, 1968. *John W. Packel* and *Melvin Dildine*, Assistant Public Defenders, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mitch, Appellant.

Argued September 9, 1968; reargument refused December 4, 1968. *Darold L. Hemphill* and *Thomas J. Maloney*, for appellant; *John E. Gallagher*, Assistant District Attorney, with him *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moore, Appellant.

Submitted September 9, 1968. *Larrick B. Stapleton*, for appellant; *Roger F. Cox* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Moore, Appellant.